**Order entered August 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00220-CR

**DONALD MAX WOLF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-50348-86-F**

## ORDER

Before the Court is appellant's August 12, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before September 11, 2019. We caution appellant that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* Tex. R. App. P. 38.8(b)(3).

/s/     CORY L. CARLYLE
         JUSTICE